**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------X

GRIGORY KRAVTSOV,

Plaintiff,

-against-

STONEWALL FARM SECURITY OFFICER (NAME UNKNOWN); STONEWALL FARM PROPERTY OWNER/OPERATOR,

Defendants.

-------------------------------------------------------------X

26 **CIVIL** 3783 (LLS)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 10, 2026, the Court has dismissed the complaint without prejudice for lack of subject matter jurisdiction. *See* Fed. R. Civ. P. 12(h)(3).

**Dated:** New York, New York

August 13, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**